AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff(s)*<br><br>v.<br><br>EMPIRES CONSULTING CORP (DBA "EMPIRESX"), EMERSON SOUSA PIRES, FLAVIO MENDES GONCALVES, and JOSHUA DAVID NICHOLAS,<br><br>*Defendant(s)* | Civil Action No. 1:22-cv-21995-CMA |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Empires Consulting Corp. (DBA "EmpiresX)
c/o Scott Dimond, Esq., Receiver
Dimond Kaplan & Rothstein, P.A.
2665 S. Bayshore Plaza, Penthouse 2B
Miami, FL 33133

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Benjamin J. Hanauer
United States Securities and Exchange Commission
175 W. Jackson Blvd., Suite 1450
Chicago, IL 60604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jun 30, 2022

Angela E. Noble
Clerk of Court

*s/ M. Brown*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, *Plaintiff(s)* <br> v. <br> EMPIRES CONSULTING CORP (DBA "EMPIRESX"), EMERSON SOUSA PIRES, FLAVIO MENDES GONCALVES, and JOSHUA DAVID NICHOLAS, *Defendant(s)* | Civil Action No. 1:22-cv-21995-CMA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Emerson Souza Pires
Rua Isidoro Caetano 277, AP 210
Pioneiros
Balneario Camboriu, SC 88331-005
Brazil
Or Wherever Defendant May Be Found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Benjamin J. Hanauer
United States Securities and Exchange Commission
175 W. Jackson Blvd., Suite 1450
Chicago, IL 60604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Jun 30, 2022

Angela E. Noble
Clerk of Court

s/ M. Brown
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff(s)*<br><br>v.<br><br>EMPIRES CONSULTING CORP (DBA "EMPIRESX"), EMERSON SOUSA PIRES, FLAVIO MENDES GONCALVES, and JOSHUA DAVID NICHOLAS,<br><br>*Defendant(s)* | Civil Action No. 1:22-cv-21995-CMA |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Flavio Mendes Goncalves
Avenida Jose Pedro Oliveira 71
Jardim America
Paulinia, Sao Paulo 13140-693
Brazil

Or Wherever Defendant May Be Found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Benjamin J. Hanauer
United States Securities and Exchange Commission
175 W. Jackson Blvd., Suite 1450
Chicago, IL 60604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Jun 30, 2022

Angela E. Noble
Clerk of Court

*s/ M. Brown*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, *Plaintiff(s)* | )<br>)<br>)<br>) |
| v. | ) Civil Action No. 1:22-cv-21995-CMA |
| EMPIRES CONSULTING CORP (DBA "EMPIRESX"), EMERSON SOUSA PIRES, FLAVIO MENDES GONCALVES, and JOSHUA DAVID NICHOLAS, *Defendant(s)* | )<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Joshua David Nicholas
762 NW 10th Terrace, Unit 1505
Stuart, FL 34994

Or Wherever Defendant May Be Found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Benjamin J. Hanauer
United States Securities and Exchange Commission
175 W. Jackson Blvd., Suite 1450
Chicago, IL 60604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Jun 30, 2022

*s/ M. Brown*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court