AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, *Plaintiff(s)* | )<br>)<br>)<br>)<br>)<br>) |
| v. | ) Civil Action No. 1:22-cv-21995-CMA |
| EMPIRES CONSULTING CORP (DBA "EMPIRESX"), EMERSON SOUSA PIRES, FLAVIO MENDES GONCALVES, and JOSHUA DAVID NICHOLAS, *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Flavio Mendes Goncalves
Rua Angelo Varandas 649
Santa Terezinha
Paulinia, Sao Paulo 13140-802
Brazil

Or Wherever Defendant May Be Found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Benjamin J. Hanauer
United States Securities and Exchange Commission
175 W. Jackson Blvd., Suite 1450
Chicago, IL 60604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/06/2022

Angela E. Noble
Clerk of Court

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

SUMMONS