UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

   Plaintiff,

   v.              No. 1:22cv21995-CMA

EMPIRES CONSULTING CORP. (DBA
"EMPIRESX"), EMERSON SOUSA PIRES,
FLAVIO MENDES GONCALVES,
and JOSHUA DAVID NICHOLAS,

   Defendants.
_____/

**PROOF OF SERVICE DECLARATION OF BENJAMIN HANAUER**

  I, Benjamin Hanauer, declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, as follows:

  1. I am employed as a Senior Trial Counsel in the SEC's Division of Enforcement, and have been a licensed attorney in the state of Illinois since 2003.

  2. I am one of the attorneys of record for the SEC in the above-captioned litigation.

  3. Pursuant to the Court's March 29, 2023 Order (ECF No. 24), on March 29, 2023 I served Defendants Emerson Sousa Pires and Flavio Mendes Goncalves by emailing copies of the Complaint and summons to them at the email addresses identified in the Order (*id.* at 2).

  4. None of the emails I sent were returned as undeliverable, nor did I receive any other indication that the email addresses were no longer in service.

  I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 30, 2023

                       /s/ Benjamin J. Hanauer

Benjamin J. Hanauer
Senior Trial Counsel
S.D. Fla. No. A5502908
Direct Dial: (312) 353-8642
Email: HanauerB@SEC.gov

Attorney for Plaintiff
**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
175 W. Jackson Blvd.
Suite 1450
Chicago, Illinois 60604
Tel: (312) 353-7390